# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

KENNETH BARBER et al,

    Plaintiffs,

v.

PURITY ZINC METALS, LLC et al,

    Defendants.

CIVIL ACTION NO.
1:21-cv-04890-TWT

## **ORDER**

This case is before the Court on Plaintiffs' Motion to Dismiss Voluntarily Without Prejudice. [Doc. 11]. The Court GRANTS the motion and DISMISSES this case WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2).

SO ORDERED, this __2nd__ day of March, 2022.

THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE